**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SHEEX, INC., <br><br> Plaintiff, <br> v. <br><br> COCONA INC., <br><br> Defendant. | C.A. No. 14-1398-LPS |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff SHEEX, Inc. dismisses this action without prejudice.

Dated: March 6, 2015

                                                                                          */s/ Kenneth L. Dorsney*
                                                                                          Kenneth L. Dorsney (#3726)
                                                                                          MORRIS JAMES LLP
                                                                                          500 Delaware Ave., Suite 1500
                                                                                          Wilmington, DE 19801

*Of Counsel:*                                              302.888.6800
                                                                                          kdorsney@morrisjames.com

Karen I. Boyd
Esha Bandyopadhyay
TURNER BOYD LLP
702 Marshall Street, Suite 640                   *Attorneys for Plaintiff SHEEX, Inc.*
Redwood City, CA 94063
(650) 521-5930